IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**LEE TOMMIE AMERSON**                                                                   **PETITIONER**

**V.**                                      **CIVIL ACTION NO. 3:20-CV-564-HTW-JCG**

**STATE OF MISSISSIPPI, and**                                          **RESPONDENT**
**RONALD KING, Superintendent**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before this Court pursuant to the Report and Recommendation of United States Magistrate Judge John C. Gargiulo. Said document was filed on July 1, 2021. **[Docket no. 17]**. To date, no objections have been filed to the Magistrate Judge's submission. This Court, upon review of the same, finds the Report and Recommendation **[Docket no. 17]** is well-taken and hereby **ADOPTS** the Report and Recommendation as the Order of this Court.

Further, this Court hereby **DISMISSES** this lawsuit without prejudice.

**SO ORDERED AND ADJUDGED this the 9th day of September, 2021.**

                                                           **/s/HENRY T. WINGATE**
                                                           **UNITED STATES DISTRICT COURT JUDGE**